IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LLOYD HOWARD,

    Petitioner,                   No. CIV S-06-0398 FCD CMK P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 7, 2006, the magistrate judge filed findings and recommendations recommending that this action be dismissed for petitioner's failure to exhaust state remedies. On March 21, 2006, petitioner filed timely objections to the findings and recommendations. In his objections, petitioner asserted that he has exhausted his state remedies and provided copies of state court decisions denying his application for a writ of habeas corpus. Accordingly, the court vacates the March 7, 2006 findings and recommendations.

///

///

1

Petitioner has paid the fee for filing a writ of habeas corpus. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

IT IS ORDERED that:

1. The findings and recommendations filed March 7, 2006 (doc. 3.) are vacated;

2. Respondents are directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED: April 5, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE