IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LLOYD HOWARD

    Petitioner,               No. CIV S-06-0398 FCD CMK P

    vs.

TOM CAREY, et al.,

    Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Currently before the court is respondents' motion to transfer this habeas petition to the United States District Court for the Central District of California.

        The application attacks a conviction issued by the Superior Court of the State of California, County of Orange on June 29, 1990. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Orange County, which is in the Central District. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. Respondents' motion to transfer this habeas petition (doc. 7) is granted; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: April 17, 2006.

                                                                          
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE